# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0044.  KIMBLE GLASPER v. THE STATE.**

Kimble Glasper filed this application for discretionary appeal seeking review of a trial court order revoking his probation.  Glasper, however, has failed to include a  copy of the order he wishes to appeal.[1]  Under OCGA § 5-6-35 (c), an applicant for discretionary appeal "*shall* include as exhibits to the petition a copy of the order or judgment being appealed and should include a copy of the petition or motion which led directly to the order or judgment being appealed and a copy of any responses to the petition or motion." (Emphasis supplied.)  See also Court of Appeals Rule 31 (e) ("Discretionary applications must contained a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought.").  Without the trial court's order, we have nothing to review.  This application is therefore DISMISSED.

---

[1] The only order included with the application is an order permitting the state to supplement its petition for probation revocation.  Glasper also included a copy of the transcript from the revocation hearing, in which the trial court orally granted the state's petition.  This oral order, however, is not appealable.  See *Cameron v. Miles*, 304 Ga. App. 161, 163 (695 SE2d 691) (2010).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/10/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*